# United States District Court
## Western District of North Carolina
### Asheville Division

| | | |
|---|---|---|
| RODNEY EUGENE JONES, | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 1:12-cv-00175-RJC |
| | ) | |
| vs. | ) | |
| | ) | |
| LAWRENCE PARSONS, | ) | |
| Administrator, Lanesboro Correctional | ) | |
| Institution, | ) | |
| | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 23, 2013 Order.

January 23, 2013

Frank G. Johns, Clerk
United States District Court